## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION

|  |  |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| STIEFEL LABORATORIES, INC., | ) ) |
| Defendant. | ) ) ) ) |

Civil Action No. **SA 10-CA-0621 OG**
*Jury Trial Requested*

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1, Plaintiff Medicis Pharmaceutical Corporation hereby files

its Corporate Disclosure Statement.  Plaintiff Medicis Pharmaceutical Corporation has no parent

corporations, and BlackRock, Inc. owns 10% or more of Medicis Pharmaceutical Corporation's

stock.

Dated: July 28, 2010                              Respectfully submitted,

        ___/john c cave/_____
        John C. Cave
        Texas Bar No. 00783812
        jcave@gunn-lee.com
        GUNN, LEE & CAVE, P.C..
        300 Convent, Suite 1080
        San Antonio, Texas 78205
        (210) 886-9500 Telephone
        (210) 886-9883 Facsimile

Frank Herrera, Jr.
Texas Bar No. 09531000
fherrera@herreralaw.com
THE HERRERA LAW FIRM
111 Soledad, Suite 1900
San Antonio, Texas 78205
(210) 224-1054 Telephone
(210) 228-0887 Facsimile

*Of Counsel*:

Matthew D. Powers
California State Bar No. 104795
matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065
(650) 802-3000 Telephone
(650) 802-3100 Facsimile

Nicolas G. Barzoukas
Texas State Bar No. 00783611
Nicolas.barzoukas@weil.com
Rene Trevino
Texas State Bar No. 24051447
rene.trevino@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
(713) 546-5000 Telephone
(713) 224-9511 Facsimile