UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 04 2010
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

MEDICIS PHARMACEUTICAL CORP.

vs.   Case No.: 10CA0621-OG

STIEFEL LABORATORIES, INC.

## ORDER

BE IT REMEMBERED on this the __3__ day of __August__, 20__, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Nicolas G. Barzoukas__, counsel for __Medicis Pharmaceutical Corporation__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Nicolas G. Barzoukas__ may appear on behalf of __Medicis Pharmaceutical Corporation__ in the above case.

IT IS FURTHER ORDERED that __Nicolas G. Barzoukas__, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the __3__ day of __August__, 20____.

_____
UNITED STATES DISTRICT JUDGE