United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Cave, John C. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, May 03, 2011 |
| Re: | 05:10-CV-00621-OLG / Doc # 63 / Filed On: 05/03/2011 10:40 AM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) Other
   Remarks: Discovery documents are not to be filed as part of the docket. This document has been restricted. No further action needed.