IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION

FILED
MAY 16 2011
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION and ALYZAN, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. SA-10-cv-0621-OG<br>) |
| STIEFEL LABORATORIES, INC. | )<br>) |
| Defendant. | )<br>) |

## AGREED DOCKET CONTROL ORDER

In accordance with Joint Discovery Plan entered in this case, it is ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| | |
|---|---|
| May 13, 2011 | Initial disclosures will be exchanges between the parties. |
| May 13, 2011 | Plaintiffs shall provide to Defendant a disclosure of their asserted claims of the US Patent No. RE41,134 (the "'134 patent"). |
| November 8, 2011 | The parties shall exchange a list of claim terms that it contends should be construed by the Court, and the parties shall thereafter meet and confer for the purpose of limiting the terms in dispute. |
| November 22, 2011 | The parties shall exchange preliminary proposed constructions of terms identified by the parties, and shall meet and confer. |
| December 16, 2011 | Privilege logs to be exchanged by the parties. |
| December 20, 2011 | The parties shall file with the Court their respective opening claim construction briefs. |
| January 20, 2012 | The parties shall serve responding claim construction briefs, along with responsive expert declarations. |

| | |
|---|---|
| February 27, 2012 | *Markman* Hearing at 9:00 a.m. at the United States District Court, 655 E. Durango Blvd., Courtroom of Judge Orlando Garcia, San Antonio, Texas. |
| | If a party is relying upon advice of counsel as part of a claim or defense, the party must make the required disclosure within thirty (30) days after the Court's entry of a claim construction order or thirty (30) days before the close of fact discovery (whichever) occurs earlier, or shall not be permitted to rely upon the advice of counsel. |
| January 17, 2012 | Motions to amend or to add new parties to be filed. |
| March 2, 2012 | Close of fact discovery. |
| April 17, 2012 | Expert reports with respect to all issues on which such party bears the burden of proof shall be due. |
| May 8, 2012 | Responsive expert reports shall be due. |
| May 25, 2012 | Reply expert reports shall be due. |
| July 20, 2012 | Close of expert discovery. |
| August 17, 2012 | Dispositive motions (including *Daubert* motions) shall be due. |
| September 14, 2012 | Responsive briefs to dispositive motions (including *Daubert* motions) shall be due. |
| September 28, 2012 | Reply briefs to dispositive motions (including *Daubert* motions) shall be due. |
| January 23, 2013 | 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 655 E. Durango Blvd., Courtroom of Judge Orlando Garcia, San Antonio, Texas. All pending motions will be heard. |
| February 25, 2013 | 9:00 a.m. JURY TRIAL at the United States District Court, 655 E. Durango Blvd., Courtroom of Judge Orlando Garcia, San Antonio, Texas. |

For good cause shown, it is so ordered.

Dated this 16 day of May 2011.

_____
Hon. Orlando Garcia
United States District Judge

2

Respectfully submitted,

___/s/ John C. Cave_____
John C. Cave
jcave@gunn-lee.com
GUNN, LEE & CAVE, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205
(210) 886-9500 Telephone
(210) 886-9883 Facsimile

Frank Herrera, Jr.
fherrera@herreralaw.com
THE HERRERA LAW FIRM
111 Soledad, Suite 1900
San Antonio, Texas 78205
(210) 224-1054 Telephone
(210) 228-0887 Facsimile

Matthew D. Powers
matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000
(650) 802-3100 – Fax


Nicolas G. Barzoukas
nicolas.barzoukas@weil.com
Rene Trevino
rene.trevino@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
(713) 546-5000
(713) 224-9511 – Fax

**Attorneys for Medicis Pharmaceutical Corporation**

Respectfully submitted,

By: ___/s/ Mark W. Kiehne_____
Ricardo G. Cedillo
Texas Bar No. 04043600
rcedillo@lawdcm.com
Les J. Strieber III
Texas Bar No. 19398000
lstrieber@lawdcm.com
Mark W. Kiehne
Texas Bar No. 24032627
mkiehne@lawdcm.com
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Avenue, Suite 500
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 – Fax

*Of Counsel:*
Leora Ben-Ami, *pro hac vice*
lbenami@kayescholer.com
Howard S. Suh, *pro hac vice*
hsuh@kayescholer.com
Hank Heckel, *pro hac vice*
hheckel@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000
(212) 836-8689 – Fax

**Counsel for Defendant Stiefel Laboratories, Inc.**

By:   /s/ Charles Hanor
Charles Hanor
Texas Bar No. 08928800
chanor@hanor.com
HANOR LAW FIRM
750 Rittiman Road
San Antonio, Texas 78209
(210) 829-2002
(210) 829-2001 – Fax

*Of Counsel*:
C. Mark Kittredge
Arizona State Bar No. 013907
mkittredge@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Phoenix, Arizona 85012
(602) 351-8130
(602) 648-7130 – Fax

Weihong Hsing, Ph.D.
Pennsylvania State Bar No. 202168
whsing@panitchlaw.com
Panitch Schwarze Belisario & Nadel LLP
2005 Market Street, Suite 2200
Philadelphia, PA 19103
(215) 965-1284 (tel)
(215) 965-1331 (fax)

***Attorneys for Alyzan, Inc.***