```
                                                    FILED
                                                    JUN 2 6 2013
                                              CLERK, U.S. DISTRICT COURT
                                              WESTERN DISTRICT OF TEXAS
                                              BY_____
                                                          DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS - SAN ANTONIO DIVISION

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and ALYZAN, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>STIEFEL LABORATORIES, INC.,<br><br>        Defendant. | Civil Action No. SA-10-cv-00621-OLG-JWP |

## AMENDED STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Medicis Pharmaceutical Corporation and Alyzan, Inc. ("Plaintiffs") and Defendant Stiefel Laboratories, Inc. ("Defendant"), by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), all claims in this action by Plaintiffs against Defendant are dismissed with prejudice and all counterclaims in this action by Defendant against Plaintiffs are dismissed with prejudice, and each party will bear its own costs and attorneys' fees in this action.

<table>
<tr><td>

AKIN, GUMP, STRAUSS, HAUER & FELD

*/s/ R. Laurence Macon*
R. Laurence Macon
300 Convent, Suite 1600
San Antonio, TX 78205
(210) 281-7222

*Attorneys for Plaintiffs Medicis Pharmaceutical Corp. and Alyzan, Inc.*

OF COUNSEL

GIBSON, DUNN & CRUTCHER LLP
Josh Krevitt
Joseph Evall
200 Park Avenue
New York, NY 10166
(212) 351-2490

GIBSON, DUNN & CRUTCHER LLP
Michael Sitzman
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8221

*Attorneys for Plaintiff Medicis Pharmaceutical Corp.*

OF COUNSEL

DICKINSON WRIGHT PLLC
H. Jonathan Redway
1875 Eye Street, N.W.
Suite 1200
Washington, DC 20006
202-659-6946

*Attorneys for Plaintiff Alyzan, Inc.*

Dated: June 20, 2013

</td><td>

DAVIS, CEDILLO AND MENDOZA, INC.

*/s/ Les J. Strieber III*
Ricardo G. Cedillo
Les J. Strieber III
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, TX 78212
(210) 822-6666

*Attorneys for Defendant Stiefel Laboratories, Inc.*

OF COUNSEL

KAYE SCHOLER LLP
David K. Barr
Daniel L. Reisner
Hank Heckel
425 Park Avenue
New York, NY 10022
(212) 836-8000

</td></tr>
</table>

SO ORDERED:

Dated: __6.26.13__
San Antonio, Texas

_____
Orlando L. Garcia
United States District Judge